DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DAVID PADILLA-LEANOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID PADILLA-LEANOS, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Cr.S. 11-0065-MCE <br><br> **STIPULATION AND ORDER** <br><br> DATE: May 5, 2011 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, defendant, DAVID PADILLA-LEANOS by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Thursday, March 31, 2011, be continued to Thursday, May 5, 2011, at 9:00 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.
///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 5, 2011 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 28, 2011           Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Matthew M. Scoble
                                MATTHEW M. SCOBLE
                                Assistant Federal Defender
                                Attorney for Defendant
                                DAVID PADILLA-LEANOS


DATED: March 28, 2011           BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Matthew M. Scoble for
                                MICHELE BECKWITH
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including May 5, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: March 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE